IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GEORGE HINNANT, III<br>　　　Plaintiff | * | |
| | * | |
| v | * | Civil Action No.: DKC-10-358 |
| MARGARET STEWART | * | |
| | * | |
| 　　　Defendant | | |

## MEMORANDUM OPINION

The above-captioned case was filed by Plaintiff, pro se, on February 16, 2010. Paper No. 1. Plaintiff has also filed a Motion to Proceed In Forma Pauperis. Paper No. 2. Because he appears to be indigent, his Motion shall be granted.

Plaintiff seeks to have Defendant evicted from her apartment. Plaintiff alleges that Defendant has stalked and harassed him, has burglarized his unit and contaminated the water supply. Paper No. 1.

Plaintiff apparently seeks to invoke the federal question jurisdiction of this court; however, there is no federal question involved in the controversy he describes in the Complaint. Resolution of his grievance involves application of Maryland State tort, landlord-tenant, and criminal law. To the extent that Plaintiff's claims could be reviewed by this court under diversity jurisdiction, diversity of citizenship does not appear to exist in this case, as the parties reside in Maryland and the property at issue is located here. This court is not the proper forum for the instant Complaint and it must be dismissed. A separate order follows.

Date:   March 3, 2010　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　DEBORAH K. CHASANOW
　　　　　　　　　　　　　　　　　　　United States District Judge